UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FILED
January 26, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ZACHERY J. BASTIEN, )<br>)<br>Defendant. ) | CASE NUMBER: 2:16-cr-002146-GEB<br>2:16-cr-00224-JAM<br>2:16-cr-00225-TLN<br>2:16-cr-00235-GEB<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Zachery J. Bastien; Case 2:16-cr-00224-JAM from custody and for the following reasons:

__ Release on Personal Recognizance

__ Bail Posted in the Sum of _____

X  Unsecured Appearance Bond in the amount of $25,000, cosigned by Ravel Buckley

__ Appearance Bond with 10% Deposit

__ Appearance Bond secured by Real Property

__ Corporate Surety Bail Bond

X  (Other) Pretrial Supervision/Conditions

Issued at Sacramento, CA on  1/26/2017  at 2:15 pm

By _____
Kendall J. Newman
United States Magistrate Judge