1  PHILLIP A. TALBERT
   United States Attorney
2  SAMUEL WONG
   KEVIN KHASIGIAN
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2772
5

6  Attorneys for plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          CASE NO. 2:16-CR-224-JAM

12 |        Plaintiff,                  **STIPULATION AND ORDER CONTINUING
                                        STATUS CONFERENCE AND EXCLUDING
13 |        v.                          TIME UNDER THE SPEEDY TRIAL ACT**

14 | JENIVIVE SAHRA JANE MCINTYRE, AND
     ZACHERY JOSEPH BASTIEN,
15 |                                    Date: May 2, 2017
            Defendants.                 Time: 9:15 a.m.
16                                      Court: Hon. John A. Mendez

17         It is hereby stipulated and agreed by and between plaintiff United States of America, on

18  the one hand, and defendants Jenivive Sahra Jane McIntyre and Zachery Joseph Bastien, on the

19  other hand, through their respective attorneys, that the presently set May 2, 2017, at 9:15 a.m.,

20  status conference hearing shall be continued by the Court to June 13, 2017, at 9:15 a.m., to:  (1)

21  allow counsel for McIntyre to resolve his scheduling conflict with the presently set May 2, 2017,

22  date as he has a state court case in Placer County at which he has been ordered to appear set for

23  the same day; (2) allow counsel for McIntyre to review discovery, including Bates numbered

24  materials MCINTYRE_001001 through MCINTYRE_001276, produced by the United States,

25  conduct his independent investigation into the facts and applicable law, interview witnesses, discuss

26  with his client potential pretrial resolution, and otherwise prepare McIntyre's defense;  and (3) allow

27  Todd Leras, Bastien's new attorney, appointed on April 7, 2017, time  to review discovery (which

28  he requested this week from the United States), conduct his independent investigation into the facts

STIPULATION & ORDER CONTINUING TCH

1

1  and applicable law, interview witnesses, discuss with his client potential pretrial resolution, and
2  otherwise prepare Bastien's defense.

3      The parties agree and request that the Court find that: (1) the failure to grant this requested
4  continuance would deny McIntyre continuity of counsel, and both defense counsel reasonable time
5  necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends
6  of justice served by continuing the case as requested outweigh the best interests of the public and the
7  defendants in a trial in a speedy trial.

8      The parties further agree and request that the Court order for the purpose of computing time
9  under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must
10 commence, the time period from the date of this stipulation, April 25, 2017, to and including the June
11 13, 2017, status conference hearing, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and
12 B(iv) and Local Code T4 to allow continuity of McIntyre's defense counsel, and both defense
13 counsel reasonable time to prepare their respective client's defenses.

14     Dated: April 25, 2017      */s/ Chris Cosca*

15                                       _____
                                         CHRIS COSCA
16                                          Attorney for defendant
                                         Jenivive Sahra Jane McIntyre
17                                          (Per phone authorization)

18     Dated: April 25, 2017      */s/ Todd Leras*

19                                          _____
                                         TODD LERAS
20                                          Attorney for defendant
                                         Zachery Joseph Bastien
21                                          (Per email authorization)

22

23

24

25

26

27

28

Dated:  April 25, 2017

PHILLIP A. TALBERT
United States Attorney

By: */s/ Samuel Wong*
_____
SAMUEL WONG
KEVIN KHASIGIAN
Assistant United States Attorneys

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its Order.  It is hereby ORDERED that the presently set May 2, 2017, at 9:15 a.m., status conference hearing shall be continued to June 13, 2017, at 9:15 a.m.

Based on the representations of the parties in their stipulation, the Court finds that the failure to grant this requested continuance would deny defendant Jenivive McIntyre continuity of counsel, and both defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court hereby orders that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, the time period from the date of this stipulation, April 25, 2017, to and including the June 13, 2017, status conference hearing, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow defendant McIntyre continuity of her counsel, and both defense counsel reasonable time to prepare their respective client's defenses.

IT IS SO ORDERED.

Dated: 4/26/2017

/s/ John A. Mendez_____
JOHN A. MENDEZ
United States District Court Judge