PHILLIP A. TALBERT
United States Attorney
SAMUEL WONG
KEVIN KHASIGIAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2772

Attorneys for plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JENIVIVE SAHRA JANE MCINTYRE, AND ZACHERY JOSEPH BASTIEN,<br><br>Defendants. | CASE NO. 2:16-CR-224-JAM<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>Date: November 7, 2017<br>Time: 9:15 a.m.<br>Court: Hon. John A. Mendez |

It is hereby stipulated and agreed by and between plaintiff United States of America, on the one hand, and defendants Jenivive Sahra Jane McIntyre and Zachery Joseph Bastien, on the other hand, through their respective attorneys, that the presently set September 12, 2017, at 9:15 a.m., status conference hearing shall be continued by the Court to November 7, 2017, at 9:15 a.m., to allow each defense counsel to review discovery, including Bates numbered materials MCINTYRE_001001-001276, MCINTYRE_RAP_001-034, and BASTIEN_RAP_001-008 produced by the United States, conduct his independent investigation into the facts and applicable law, interview witnesses, discuss with his client potential pretrial resolution, and otherwise prepare his defendant's respective defense.

The parties agree and request that the Court find that: (1) the failure to grant this requested continuance would deny each defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by continuing the

1  case as requested outweigh the best interests of the public and the defendants in a trial in a speedy
2  trial.
3       The parties further agree and request that the Court order for the purpose of computing time
4  under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must
5  commence, the time period from the date of this stipulation, September 8, 2017, to and including the
6  November 7, 2017, status conference hearing, shall be excluded pursuant to 18 U.S.C.
7  § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow each defense counsel reasonable time to
8  prepare his respective client's defenses.

Dated:  September 8, 2017                    */s/ Chris Cosca*
                                             _____
                                             CHRIS COSCA
                                             Attorney for defendant
                                             Jenivive Sahra Jane McIntyre
                                             (Per phone authorization)

Dated:  September 8, 2017                    */s/ Todd Leras*
                                             _____
                                             TODD LERAS
                                             Attorney for defendant
                                             Zachery Joseph Bastien
                                             (Per phone authorization)

Dated:  September 8, 2017                    PHILLIP A. TALBERT
                                             United States Attorney

                                             */s/ Samuel Wong*
                                      By:    _____
                                             SAMUEL WONG
                                             KEVIN KHASIGIAN
                                             Assistant United States Attorneys

STIPULATION & ORDER CONTINUING STATUS
CONFERENCE AND EXCLUDING TIME            2

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its Order.  It is hereby ORDERED that the presently set September 12, 2017, at 9:15 a.m., status conference hearing shall be continued to November 7, 2017, at 9:15 a.m.

Based on the representations of the parties in their stipulation, the Court finds that:  (1) the failure to grant this requested continuance would deny each defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by continuing the case as requested outweigh the best interests of the public and the defendants in a trial in a speedy trial.

. The Court hereby orders that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, the time period from the date of this stipulation, September 8, 2017, to and including the November 7, 2017, status conference hearing, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow each defense counsel reasonable time necessary to prepare his respective client's defenses.

IT IS SO ORDERED.

Dated:  9/8/2017

/s/ John A. Mendez_____
JOHN A. MENDEZ
United States District Court Judge

STIPULATION & ORDER CONTINUING STATUS
CONFERENCE AND EXCLUDING TIME                3