MCGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
KEVIN KHASIGIAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2772

Attorneys for plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JENIVIVE SAHRA JANE MCINTYRE, AND ZACHERY JOSEPH BASTIEN,<br><br>Defendants. | CASE NO. 2:16-CR-224-JAM<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>Date: January 16, 2018<br>Time: 9:15 a.m.<br>Court: Hon. John A. Mendez |

It is hereby stipulated and agreed by and between plaintiff United States of America, on the one hand, and defendants Jenivive Sahra Jane McIntyre and Zachery Joseph Bastien, on the other hand, through their respective attorneys, that the presently set January 16, 2018, at 9:15 a.m., status conference hearing shall be continued by the Court to March 27, 2018, at 9:15 a.m., to allow each defense counsel to review discovery produced by the United States, conduct counsel's independent investigation into the facts and applicable law, interview witnesses, discuss with counsel's client potential pretrial resolution, and otherwise prepare each client's respective defense.

In addition, Todd Leras, Esq., counsel for defendant Zachery Bastien is presently assigned to a jury trial before District Judge Morrison England in the matter of United States v. Jamal Shehadeh, Saber Shehadeh, and Brian Stone, Case No. 2:16-CR-038 MCE, scheduled to commence on February 26, 2018. Mr. Leras represents Saber Shehadeh. The jury trial is anticipated to take eight to twelve

1  weeks to complete and possibly extend into June 2018.  Discovery produced in that matter exceeds
2  117,000 pages of Bates-stamped documents.  Most of Mr. Leras' work schedule has been occupied in
3  preparing for this trial and Mr. Leras has been unable to fully prepare Bastien's defense in the instant
4  case.

5  The United States has requested that the parties advance the case by requesting that the Court
6  set a trial and motions briefing schedule in the McIntyre/ Bastien matters.  However, both Mr. Leras
7  and Chris Cosca, Esq., counsel for McIntyre, are not presently prepared to commit to a trial and a
8  motions briefing schedule, but believe that by the March 27, 2018, status conference date they will be
9  in a more informed position to make such decisions.  In particular, Mr. Leras represents the time
10 demands of the Shehadeh matter preclude him from committing to specific dates in the
11 Bastien/McIntyre matter at this time.

12 The parties agree and request the Court find that:  (1) the failure to grant this requested
13 continuance would deny each defense counsel reasonable time necessary for effective preparation,
14 taking into account the exercise of due diligence; and (2) the ends of justice served by continuing the
15 case as requested outweigh the best interests of the public and the defendants in a speedy trial.

16 The parties further agree and request that the Court order for the purpose of computing time
17 under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must
18 ///
19 ///
20 ///

commence, the time period from the date of this stipulation, January 12, 2018, to and including the March 27, 2018, status conference hearing, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow each defense counsel reasonable time to prepare each respective client's defenses.

Dated:  January 12, 2018                                       */s/ Chris Cosca*
                                                                                 _____
                                                                                 CHRIS COSCA
                                                                                 Attorney for defendant
                                                                                 Jenivive Sahra Jane McIntyre
                                                                                 (Per telephone authorization)

Dated:  January 12, 2018                                       */s/ Todd Leras*
                                                                                 _____
                                                                                 TODD LERAS
                                                                                 Attorney for defendant
                                                                                 Zachery Joseph Bastien
                                                                                 (Per email authorization)

Dated:  January 12, 2018                                       MCGREGOR W. SCOTT
                                                                                 United States Attorney

                                                                                 */s/ Samuel Wong*
                                                               By:  _____
                                                                                 SAMUEL WONG
                                                                                 KEVIN KHASIGIAN
                                                                                 Assistant United States Attorneys

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its Order.  It is hereby ORDERED that the presently set January 16, 2018, at 9:15 a.m., status conference hearing shall be continued to March 27, 2018, at 9:15 a.m.

Based on the representations of the parties in their stipulation, the Court finds that:  (1) the failure to grant this requested continuance would deny each defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by continuing the case as requested outweigh the best interests of the public and the defendants in a speedy trial.

The Court hereby orders that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, the time period from the date of this stipulation, January 12, 2018, to and including the March 27, 2018, status conference hearing, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow each defense counsel reasonable time necessary to prepare each respective client's defenses.

IT IS SO ORDERED.

Dated:   1/12/2018

/s/ John A. Mendez_____
JOHN A. MENDEZ
United States District Court Judge