1  LAW OFFICE OF TODD D. LERAS
   Todd D. Leras, CA SBN 145666
2  455 Capitol Mall, Suite 802
3  Sacramento, California 95814
   (916) 504-3933
4  toddleras@gmail.com
   Attorney for Defendant
5  ZACHERY BASTIEN

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11
   UNITED STATES OF AMERICA,            Case No.: 2:16-CR-224 JAM
12
            Plaintiff,
13
   vs.                                  WAIVER OF PERSONAL APPEARANCE
14                                       AND ORDER

15 ZACHERY JOSEPH BASTIEN,

16          Defendant.

17

18

19

20

21     Zachery Bastien, defendant in the above-entitled action, hereby waives his right to be

22 present in open court as provided in Rule 43 of the Federal Rules of Criminal Procedure for any

23 status conference or motion hearing in this matter.  The appearance waiver includes any

24 appearance involving a continuance either before or after trial, including a hearing at which a

25 trial date is selected.  The waiver does not extend to arraignment, entry of plea, change of plea,

26 or any trial stage from impanelling a jury to verdict, nor does it apply to imposition of sentence.

27

28 WAIVER OF APPEARANCE

The defendant requests that the Court proceed during every permitted absence as set out in the preceding paragraph. Defendant agrees that his interests will be deemed represented at all times by the presence of his attorney in the same manner as if he were personally present in court. He further agrees that he will be present in court and ready for trial of the matter on any day or hour that the Court may fix in his absence.

Defendant acknowledges that he has been informed of his rights under the Speedy Trial Act (Title 18, United States Code, Sections 3161-3174). Defendant expressly authorizes his attorney to set dates, including permissible delays and continuances pursuant to the Speedy Trial Act, without the requirement of his being personally present.

DATED: March 19, 2018

By ___/s/ Zachery Bastien_____
    ZACHERY BASTIEN
    Defendant
    (Original Form Retained by Counsel)

I agree with and consent to Defendant Zachery Bastien's waiver of personal appearance at future proceedings.

DATED: March 19, 2018

By ___/s/ Todd D. Leras_____
    TODD D. LERAS
    Attorney for Defendant
    ZACHERY BASTIEN

IT IS SO ORDERED.

Dated: March 20, 2018

/s/ John A. Mendez_____
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

WAIVER OF APPEARANCE