1  LAW OFFICE OF TODD D. LERAS
   Todd D. Leras, CA SBN 145666
2  455 Capitol Mall, Suite 802
3  Sacramento, California 95814
   (916) 504-3933
4  toddleras@gmail.com
   Attorney for Defendant
5  ZACHERY BASTIEN

6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,              | Case No.: 2:16-cr-224 GEB
12 |                                        |
   |         Plaintiff,                     |
13 |                                        |
   | vs.                                    | STIPULATION AND [PROPOSED] ORDER
14 |                                        | CONTINUING STATUS CONFERENCE
   | ZACHERY JOSEPH BASTIEN,                |
15 |                                        |
16 |         Defendant.                     | Date:   July 12, 2019
   |                                        | Time:   9:00 a.m.
17 |                                        | Court:  Hon. Garland E. Burrell, Jr.

18

19

20     It is hereby stipulated and agreed by and between plaintiff United States of America, on

21 the one hand, and Defendant Zachery Bastien, on the other hand, through their respective

22 attorneys, that the status conference presently set for June 14, 2019, at 9:00 a.m., be continued

23 by the Court to July 12, 2019, at 9:00 a.m., to allow defense counsel to review with his client a

24 proposed resolution offer provided by the United States, to continue research regarding the

25 potential consequences of the recently enacted First Step Act, and to respond to the client's questions

26 about the First Step Act's impact on sentencing options available to him, and to otherwise prepare

27

28 ORDER CONTINUING STATUS
   CONFERENCE

Mr. Bastien's matter for a potential change of plea hearing.

This case involves, among other allegations, that Mr. Bastien participated in a conspiracy to structure monetary transactions (18 U.S.C.§ 371) and actual structuring of monetary transactions (31 U.S.C. § 5324(a)(3)). The matter is set as for a jury trial scheduled to begin on January 21, 2020, with a Trial Confirmation Hearing set for December 6, 2019. This stipulation does not alter those dates.

Mr. Bastien's counsel is requesting continuance of the status conference. The government does not oppose the request to continue the status conference. Time under the Speedy Trial Act has previously been excluded, up to and including, the January 21, 2020 trial date (ECF Entry 58). No additional finding is necessary regarding exclusion of time.

Assistant U.S. Attorney Kevin Khasigian authorized Attorney Todd D. Leras via email to sign this stipulation on his behalf.

Dated: June 12, 2019  */s/ Todd Leras*
_____
TODD LERAS
Attorney for defendant
ZACHERY BASTIEN

Dated: June 12, 2019  MCGREGOR W. SCOTT
United States Attorney

*/s/ Kevin Khasigian*
By: _____
KEVIN KHASIGIAN
Assistant United States Attorney
(Per email authorization)

ORDER CONTINUING STATUS
CONFERENCE

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its Order. It is hereby ORDERED that the presently set June 14, 2019, at 9:00 a.m., status conference hearing shall be continued to July 12, 2019, at 9:00 a.m.

Based on the previous exclusion of time requested by defense counsel, up to and including the presently-scheduled jury trial date of January 21, 2020, no further finding is required regarding time under the Speedy Trial Act.

IT IS SO ORDERED.

Dated: June 13, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

ORDER CONTINUING STATUS CONFERENCE