LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
ZACHERY BASTIEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ZACHERY JOSEPH BASTIEN,<br><br>Defendant. | Case No.: 2:16-cr-224 GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE<br><br>Date: September 6, 2019<br>Time: 9:00 a.m.<br>Court: Hon. Garland E. Burrell, Jr. |

It is hereby stipulated and agreed by and between plaintiff United States of America and Defendant Zachery Bastien, through their respective attorneys, that the status conference presently set for July 12, 2019, at 9:00 a.m., be continued by the Court to September 6, 2019, at 9:00 a.m. Defense counsel is requesting the continuance to allow the parties to negotiate and finalize the terms of a proposed resolution, for defense counsel to continue research regarding the potential consequences of the recently enacted First Step Act upon any sentence imposed in this case, and to respond to the client's questions about the First Step Act's impact on sentencing options

ORDER CONTINUING STATUS
CONFERENCE

available to him, and to otherwise prepare Mr. Bastien's matter for a potential change of plea hearing.

This case involves, among other allegations, that Mr. Bastien participated in a conspiracy to structure monetary transactions (18 U.S.C.§ 371) and actual structuring of monetary transactions (31 U.S.C. § 5324(a)(3)). The matter is set as for a jury trial scheduled to begin on January 21, 2020, with a Trial Confirmation Hearing set for December 6, 2019. This stipulation does not alter those dates.

The government does not oppose the defense request to continue the status conference. Time under the Speedy Trial Act has previously been excluded, up to and including, the January 21, 2020 trial date (ECF Entry 56). No additional finding is necessary regarding exclusion of time.

Assistant U.S. Attorney Kevin Khasigian authorized Attorney Todd D. Leras via telephone call to sign this stipulation on his behalf.

Dated: July 10, 2019  */s/ Todd Leras*

TODD LERAS
Attorney for defendant
ZACHERY BASTIEN

Dated: July 10, 2019  MCGREGOR W. SCOTT
United States Attorney

*/s/ Kevin Khasigian*
By: _____
KEVIN KHASIGIAN
Assistant United States Attorney
(Per telephone authorization)

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its Order. It is hereby ORDERED that the presently set July 12, 2019, at 9:00 a.m., status conference hearing shall be continued to September 6, 2019, at 9:00 a.m.

Based on the previous exclusion of time requested by defense counsel, up to and including the presently-scheduled jury trial date of January 21, 2020, no further finding is required regarding time under the Speedy Trial Act.

IT IS SO ORDERED.

Dated: July 11, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

ORDER CONTINUING STATUS CONFERENCE