LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
ZACHERY BASTIEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-cr-224 GEB |
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |
| ZACHERY JOSEPH BASTIEN, | |
| | Date: October 11, 2019<br>Time: 9:00 a.m.<br>Court: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

It is hereby stipulated and agreed by and between plaintiff United States of America and Defendant Zachery Bastien, through their respective attorneys, that the status conference/change of plea hearing presently set for September 6, 2019, at 9:00 a.m., be continued by the Court to October 11, 2019, at 9:00 a.m. Defense counsel is requesting the continuance to allow additional time for review of a revised plea agreement recently provided by the government, and for defense counsel to complete research regarding the potential consequences of the recently enacted First Step Act upon any sentence imposed in this case, and to otherwise prepare Mr. Bastien's matter

ORDER CONTINUING STATUS
CONFERENCE

for a potential change of plea hearing.

This case involves, among other allegations, that Mr. Bastien participated in a conspiracy to structure monetary transactions (18 U.S.C.§ 371) and actual structuring of monetary transactions (31 U.S.C. § 5324(a)(3)).  The matter is set as for a jury trial scheduled to begin on January 21, 2020, with a Trial Confirmation Hearing set for December 6, 2019.  This stipulation does not alter those dates.

The government does not oppose the defense request to continue the status conference.  Time under the Speedy Trial Act has previously been excluded, up to and including, the January 21, 2020 trial date (ECF Entry 56).  No additional finding is necessary regarding exclusion of time.

Assistant U.S. Attorney Kevin Khasigian authorized Attorney Todd D. Leras via email to sign this stipulation on his behalf.

Dated:  September 3, 2019         */s/ Todd Leras*
                                  _____
                                  TODD LERAS
                                  Attorney for defendant
                                  ZACHERY BASTIEN

Dated:  September 3, 2019         MCGREGOR W. SCOTT
                                  United States Attorney

                                  */s/ Kevin Khasigian*
                              By: _____
                                  KEVIN KHASIGIAN
                                  Assistant United States Attorney
                                  (Per telephone authorization)

ORDER CONTINUING STATUS
CONFERENCE

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its Order. It is hereby ORDERED that the presently set September 6, 2019, at 9:00 a.m., status conference hearing shall be continued to October 11, 2019, at 9:00 a.m.

Based on the previous exclusion of time requested by defense counsel, up to and including the presently-scheduled jury trial date of January 21, 2020, no further finding is required regarding time under the Speedy Trial Act.

IT IS SO ORDERED.

Dated: September 5, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

ORDER CONTINUING STATUS CONFERENCE